JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO GIRON ARRIOLA,<br><br>                     Petitioner,<br><br>              v.<br><br>TODD BLANCHE et al,<br><br>                     Respondent. | Case No. 5:26-cv-02957-MAR<br><br><br>JUDGMENT |

Pursuant to the Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** immediately release Alvaro Giron Arriola from custody under reasonable conditions of supervision. Provided that Petitioner is not subject to a Final Order of Removal, Respondents are enjoined from re-detaining Petitioner without first providing Petitioner with a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof. Petitioner shall not be detained unless, at that hearing, Respondents demonstrate by clear and convincing evidence that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

///

///

Dated: July 13, 2026

HONORABLE MARGO A. ROCCONI
United States District Judge

2